E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
Tina Naicker
Special Assistant United States Attorney
CA State Bar No.: 252766
   Assistant Regional Counsel
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (510) 970-4842
Fax: (415) 744-0134
E-mail: Tina.Naicker@ssa.gov

Attorneys for Defendant
KILOLO KIJAKAZI

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NELSON SOLORZANO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZ,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:22-cv-00480-MAR<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: October 6, 2022

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE