1 | Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
2 |     1990 N. California Blvd.  Suite 20
3 |     Walnut Creek, CA 94596
    Tel: (925) 222-7071
4 |     Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com
5 |
6 | Attorney for Plaintiff
  | NELSON SOLORZANO
7 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NELSON SOLORZANO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:22-cv-00480-MAR<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,400.00 as authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: October 24, 2022                    _____
                                          HON. MARGO A. ROCCONI
                                          UNITED STATES MAGISTRATE JUDGE